PETER F. LYNCH, Respondent, *v.* GEORGE D. BAILEY et al., Doing Business as TOUCHE, NIVEN, BAILEY & SMART, Appellants.

Argued May 19, 1952; decided July 15, 1952.

*Howard T. Milman, Eustace Seligman* and *Henry N. Ess III,* for appellants.

*Mahlon Dickerson, A. V. Cherbonnier, Helen F. Tuohy* and *Murray D. Welch, Jr.,* for respondent.

Order affirmed, with costs. Question certified answered in the negative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.